United States District Court
Southern District of Texas
**ENTERED**
October 30, 2025
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| KRISTHIAN ANTONIO VILLATORO FUENTES, § § § § *Petitioner*, § § vs. § § WILLIAM P. JOYCE, *et al.*, § § § *Respondents*. § | CIVIL ACTION NO. H-25-4648 |

## ORDER OF DISMISSAL

For the reasons set forth in the Court's Memorandum Opinion and Order entered on this date, this action is **DISMISSED without prejudice**.

The Clerk shall provide a copy of this Order of Dismissal to the parties.

SIGNED at Houston, Texas on _____Oct 28_____, 2025.

DAVID HITTNER
UNITED STATES DISTRICT JUDGE